Case 1:23-cv-00149-JMS-RT   Document 1   Filed 03/24/23   Page 1 of 10   PageID.1

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 24 2023

at 2 o'clock and 45 min. P M
CLERK, U.S. DISTRICT COURT

IFP SUBM.

IN THE UNITED STATES DISTRICT COURT
FOR THE ~~FIRST~~ Hawaii DISTRICT OF ~~FIRST~~
~~CIRCUIT~~ DIVISION 1111 Ala Kea St.
(Write the District and Division, if any, of Honolulu, HI
the court in which the complaint is filed.) ~~[96813]~~ B.K.

Boniface Pomaikai Konohia Jr.

_(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

-against-

Shanlyn A.S. Park
M. Shimizu
K. Oldham

_(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

**Complaint for a Civil Case**

Case No. CV23 00149 JMS RT
_(to be filled in by the Clerk's Office)_

Jury Trial: ☐ Yes ☒ No
_(check one)_

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Boniface Pomaikai Konohia Jr.
   Street Address: 41-256 Huli St.
   City and County: Waimanalo, HI
   State and Zip Code: [96795-1626]
   Telephone Number: 808-520-0735
   E-mail Address: wwlbkonohiajr@gmail.com

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1
   Name: Judge Shanlyn A.S. Park
   Job or Title (if known):
   Street Address: 1111 AlA KEA St. Rm. 8C
   City and County: Honolulu, HI
   State and Zip Code: [96813]
   Telephone Number:
   E-mail Address (if known):

   Defendant No. 2
   Name: Deputy Prosecutor
   Job or Title (if known): M. Shimizu
   Street Address: 1111 AlA KEA St. Rm 8C
   City and County: Honolulu, HI

2

State and Zip Code [96813]
Telephone Number
E-mail Address
(if known)

Defendant No. 3

Name Court Clerk K. Oldham
Job or Title
(if known)
Street Address 1111 AlAKEA St. RM. 8C
City and County Honolulu, Hi
State and Zip Code [96813]
Telephone Number
E-mail Address
(if known)

Defendant No. 4

Name
Job or Title
(if known)
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address
(if known)

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*#1st Ammendment, Violation of Civil Rights, My right to practice Cultural Belief. 4th Ammendment, Excessive punishment, Excessive Bail.*

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* Shanlyn A.S. Park is a citizen of the State of *(name)* Hawaii. Or is a citizen of *(foreign nation)* _____.

4

b. If the defendant is a corporation

The defendant, *(name)* __See attached copy__, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or is* incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Within past 4 yrs. due to being removed from my home I lost my Estate and all the power, giving the state no rights for the temporary Restraining Order against me on my Homestead Lease. See attached Copy.

III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

__SEE ATTACHMENT PROVIDED!!__

5

Defendants, acting as the Defendant:

- Shanlyn A.S. Park
- M. Shimizu (DPA)
- K. Oldham (CC)

Corporation: Hawaii Govermental Body
1111 Ala Kea St. Rm. 8C
Honolulu, HI
[96813]

**AMOUNT IN CONTROVERSY:** The temporary Displacement caused me Permanent damage to my Estate, Legacy, Personal Property. I was unable to manage my debt causing my Mortgage to fall under Default. My Personal work vehicle got towed from the place I had to now rent because I was forced to park on the Street. After 6 different incidents I couldnt afford the towing fees the towing company salvaged the vehicle and scrapped it for metal. This caused me to lose my employment and eventually I couldnt make my rent. Causing me to lose my place I rented puting me on the streets to live which caused permanente damage to my Legacy. Since Dec. 18, 2022 Ive been back home to my inheritance Ive been harassed and my Constitutional Rights have been Violated by the Corporation, Hawaii Governmental Body also known as the defendants. Which brings me to the Conclusion and remedy I deserve.

**Stating My Claim:** Given the Inheritance that was passed down to me by my father, it cannot be replaced because Lost time, Indigenius Values, and Legacy Morals has been invested into. Im a Kanaka Maoli, Brown Skin born from the ground up.

<mark>continued.</mark>

→ **Stating My Claim:** I come from Bloodline of significant voyagers who settled here on the Islands before any other human being on Earth. My Hawaiian race is an Endangered group of Enlightened people who are being pushed out of their homes or incarcerated causing an increase in Hawaiians having to move and leave behind their Legacies & True Identities. So being the only Boy from a family of 6 children it is my responsibility to make sure to administer my Estate and uphold the duties layed before me.

**Relief:** Fair Principals for Indigenous People is manditory and also non Existant in the Court system, that has not given the Indigenious People a fair chance. The value of my Heritage and culture cant be compared to any amount of money because there can be no Equal to the Existence of a Royal Bloodline. The effort and arrogance shown by the Defendants can only resort to one conclusion which is the removal of their Power that was wrongfully, Severely, and permanently damaging. My Relief for damages brought upon my Estate, Legacy, and Birth right will equal the sum of $590,650 Five hundred ninety thousand six hundred fifty dollars to be paid in a lump sum of $90,650 Ninety thousand six hundred fifty dollars. paying me $10,000 Ten thousand dollars a month until account deplenished.

**Certification and Closing:** In my closing I want to ask the Court to waive the filing fees granting the Plaintiff protection and Mediation from the states suffocating tactics. The Expedition of my relief funds

Continued
→ Certification of Closing: Will allow me to start the rebuilding of my Legacy, and Estate. "The Life of The Land is Perpetuated In Righteousness" "Ua Mau Ke'ea O Ka Aina I Ka pono."

Thank You,
By _Boniface P. Kuuhoa Jr._

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

SEE ATTACHMENT PROVIDED

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____, 20___

Signature of Plaintiff _____
Printed Name of Plaintiff BONIFACE P KONOHIADE

B. **For Attorneys**

Date of signing: March 21, 2023

6

| | |
|---|---|
| Signature of Attorney | *Boniface P. Konohia Jr.* (signature) |
| Printed Name of Attorney | Boniface P. Konohia, Jr. |
| Bar Number | 9033478988/41371502 |
| Name of Law Firm | KONOHIA LEGACY |
| Address | 41-256 Huli St. Waimanalo [96795] [1626] |
| Telephone Number | 808 520-0735 |
| E-mail Address | Bkonohiajr@gmail.com |

7