# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| BONIFACE POMAIKAI KONOHIA, JR., <br><br> Plaintiff, <br><br> V. <br><br> SHANLYN A.S. PARK, MARK SHIMIZU, and KRISTA OLDHAM, <br><br> Defendants. | JUDGMENT IN A CIVIL CASE <br><br> Case: CV 23-00149 JMS-RT <br><br> FILED IN THE <br> UNITED STATES DISTRICT COURT <br> DISTRICT OF HAWAII <br><br> May 8, 2023 <br><br> At 10 o'clock and 10 min a.m. <br> LUCY H. CARRILLO, CLERK |

[ ] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    On May 8, 2023, the Court issued its "ORDER DISMISSING ACTION," ECF No. 8 (May 8, 2023 Order).

    IT IS ORDERED AND ADJUDGED that the First Amended Complaint is hereby DISMISSED without further leave to amend, pursuant to and in accordance with the May 8, 2023 Order. Further, the Clerk of Court is directed to close the case.

| May 8, 2023 | LUCY H. CARRILLO |
|---|---|
| Date | Clerk |
| | /S/ LUCY H. CARRILLO by JI |
| | (By) Deputy Clerk |